UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In re: )
JEREMY KYLE BROWN & ) Case No. 22-12305-JDL
BOBBIE DAWN BROWN, ) Chapter 13
)
Debtor(s) )

**AFFIDAVIT**

JEREMY AND BOBBIE BROWN

By: /s/ O. Clifton Gooding
O. CLIFTON GOODING (OBA #10315)

OF THE FIRM:

THE GOODING LAW FIRM
A Professional Corporation
204 North Robinson Avenue, Suite 1235
Oklahoma City, Oklahoma 73102
405.948.1978 – Telephone
405.948.0864 – Telecopier
cgooding@goodingfirm.com

Attorney for JEREMY AND BOBBIE BROWN

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In re: )
JEREMY KYLE BROWN & ) Case No. 22-12305-JDL
BOBBIE DAWN BROWN, ) Chapter 13
)
Debtor(s) )

### AFFIDAVIT

STATE OF OKLAHOMA )
) ss:
COUNTY OF OKLAHOMA )

Bobbie Brown, an individual and the Debtor in the above referenced matter, do upon oath, state as follows:

1. I am over 18 years of age and in all other ways competent to testify in the matter set forth herein.

2. I have personal knowledge of the matter set forth herein.

3. I am no longer employed at Native Harvest Dispensary and will no longer be receiving income from there.

4. I found a new job with Highland Transportation, Inc., and became employed with them on October 18, 2022, as a contract employee. I will be paid on a bi-weekly basis at $16.00 an hour with an average of 30 hours per week.

FURTHER AFFIANTS SAYETH NOT.

Dates: _____        /s/Bobbie Brown
                           Bobbie Brown, Debtor

SUBSCRIBED and SWORN to before me this 28th day of October 2022.

/s/Brandi Stubblefield
Notary Public, Comm. # 14001546

My Commission Expires:
02/18/2026

To whom is may concern,

Bobbie Brown is a contract employee at Highland Transportation LLC as of 10/18/2022. Pay rate is 16.00 per hour with an average of 30 hours per week.

Thank you,

*[signature: Jonathon Brown]*

Jonathon Brown

Owner/Manager

EIN 88-3308816