**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

In re:

**Jeremy Kyle Brown,**                                     **Case No. 22-12305-JDL**
**Bobbie Dawn Brown,**                                    **Chapter 13**

                              Debtors.

**Withdrawal of Document No. 10**

John Hardeman, Chapter 13 Trustee, respectfully withdraws Document No. 10, *Motion to Dismiss Case for Debtor's Participation in a Marijuana Related Business* filed on October 17, 2022. The Debtor has provided documentation that Debtor's current employment is not in the marijuana industry.

Respectfully submitted,
s/David S. Burge
David S. Burge, OBA # 31505
321 Dean A. McGee
P.O. Box 1948
Oklahoma City, OK  73101-1948
13trustee@chp13okc.com
(405) 236-4843
(405) 236-1004 (fax)
Attorney for Trustee